Barnes, Michael

1328 Abadan Street

Las Vegas, NV 89142

702-501-6342

2014 NOV 13 P 2:00

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Michael Barnes, ) | **CASE NO.  2:14-cv-01820-LDG-VCF** |
| Plaintiff, ) | |
| vs. ) | |
| ) | **PLAINTIFFS' MOTION FOR** |
| ) | **VOLUNTARY DISMISSAL** |
| KSNV-TV ) | **WITHOUT PREDJUDICE** |
| Southern Nevada Communications,) | |
| 1500 Foremaster Lane ) | |
| Las Vegas, NV 89101 ) | |
| 702-642-3333 ) | |
| Defendant, ) | |
| _____) | |

1. Plaintiff hereby gives notice that the captioned action **(CASE NO. 2:14-cv-01820-LDG-VCF)** is voluntarily dismissed without prejudice against Defendant, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: *[signature]*

Michael Barnes

1328 Abadan Street

Las Vegas, NV 89142

702-591-6342

## ORDER

IT IS SO ORDERED.

DATED this 14th day of November, 2014.

*[signature]*

Lloyd D. George
Sr. U.S. District Judge